**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

Daniel A. Levy, Jr.                                                    *

5271 Main St.

Stephens City, VA 22655-2633                              *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

　　　　　　　　vs.                                      *          **Civil No.:** ___2:21cv15___
                                                                          *(Leave blank. To be filled in by Court.)*

Elkins Chrysler, Dodge, Jeep, Ram                                     Kleeh

Service Department                                          *

1434 Beverly Pike

Elkins, WV 26241                                            *

Brandon Young,1434 Beverly Pike Elkins WV 26241
*(Full name and address of the defendant(s))*
**Defendant(s)**                                        *
                                                  ******

**FILED**

**JUN 0 1 2021**

U.S. DISTRICT COURT
ELKINS WV 26241

## COMPLAINT

1.　　Jurisdiction in this case is based on:

☐ .　Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☐ 　Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☑ 　Other (explain) Plantiffs reside in the state of Virginia and the claim is under

$75,000.00 .

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Maryann Levy            (second Plaintiff)                    *

5271 Main St.

Stephens City, VA 22655-2633                                 *
*(Full name and address of the plaintiff)*
### Plaintiff(s)

        vs.                                          *      **Civil No.:** _____ 2:21cv15 _____
                                                                    *(Leave blank.  To be filled in by Court.)*

Elkins Chrysler, Dodge, Jeep, Ram                                        Kleeh

Service Department                                           *

1434 Beverly Pike

Elkins, WV 26241                                             *

Brandon Young,1434 Beverly Pike Elkins WV 26241
*(Full name and address of the defendant(s))*
### Defendant(s)                                          *
                           ******

## COMPLAINT

1.    Jurisdiction in this case is based on:

        [ ]    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

        [ ]    Federal question (suit is based upon a federal statute or provision of the United States Constitution)

        [✔]    Other (explain) Plantiffs reside in the state of Virginia and the claim is under

        $75,000.00

2.      The facts of this case are: 🗩

On October 2, 2019 Daniel and Maryann Levy were driving through the Monongahela National

Forest. We were on our way to the Cass Scenic Railway. Our Dodge Dakota started to smoke

and lose power. Daniel was driving and was able to steer the truck into a pull out along side

the road. We had it towed to Elkins Chrysler Dodge Jeep Ram's service department. The

plastic fitting on the transmission line that runs through the radiator had cracked. This

required that the radiator be replaced. Our truck is a V8 and Elkins Chrysler Dodge Jeep Ram's

Service department installed a radiator for a V6 engine instead. As we drove home to Stephens

City, Virginia, transmission fluid was leaking out due to the fittings being the wrong size.

Daniel at the time was a long haul trucker and he left for work the day after we had returned

from Elkins, WV. Maryann took the Dodge Dakota to a local auto repair shop that was less than

a mile from their home, Clems Garage Inc. P.O. Box 31 Stephens City, VA 22655. She had

noticed that something was leaking from the truck. Clems Garage put in 5 quarts of

transmission fluid and tightened up the fittings on the radiator.  The truck ran okay

for a few days. Maryann was on her way home from a doctors appointment. She was going up

a hill when she heard a loud clunk, the truck started to loose power, and the check engine light

came on. She drove home with her four ways lights on. Her truck was unable to shift.  On

November 11, 2019, Maryann called her auto insurance company and requested a tow truck.

The Dodge Dakota was towed to Safford Chrysler Jeep Dodge dealership: 1659 Berryville Pike,

Winchester, VA 22603.  The service department found that the wrong radiator had been

installed and that it had caused the transmission to be destroyed. They also found that the

wire harness that tells the online computer there is something wrong with the vehicle had

2.      The facts of this case are: 🗩

three wires pulled from the harness. That is why the vehicle continued to leak transmission

fluid and it was not detected until Maryann noticed several puddles under the truck. Chris the

Service Advisor from Safford, 540.228.1594 contacted Brandon Young the Service Advisor from

Elkins 585.703.7409 several times during the seventeen days the truck was at Safford having

the transmission replaced and the installation of the right type of radiator. Chris let Brandon

know about his service department installing the wrong radiator. After that Maryann was no

longer able to get a hold of Brandon. He was always unavailable.

3.      The relief I want the court to order is: 📝

☑   Damages in the amount of: $8,480.00 _____ 📝

☐   An injunction ordering: _____ 📝

_____

☐   Other (explain) _____ 📝

_____

May 27, 2021 _____                    _____ 📝
(Date)                                                    (Signature)

Daniel A. Levy, Jr _____

5271 Main St. _____

Stephens City, VA 22655-2633 _____

540.869.2594 _____
(Printed name, address and phone number of
Plaintiff)

## Privacy Rules and Judicial Conference Privacy Policy 📝

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.